J. W. HEPTINSTALL v. E. B. PERRY and others.

*Homestead — Assessment.*

Under Bat. Rev. ch. 55, § 20, the application for a re-assessment of a homestead by the Township Board of Trustees must be made before the sale of the excess by the Sheriff.

CIVIL ACTION tried at Fall Term, 1875, of HALIFAX Superior Court, before *Watts, J.*

The plaintiff recovered a judgment against the defendants, execution issued thereon and the homestead of the

judgment debtor was laid off. About six months after the sale of the excess by the Sheriff, the plaintiff becoming dissatisfied requested a re-appraisement and re-allotment of said homestead, and to that end applied for a peremptory *mandamus* to be directed to the Township Board of Trustees, the other defendants, which His Honor refused and the plaintiff appealed.

*Messrs. Moore & Gatling* and *E. Conigland,* for the plaintiff. No counsel for the defendants.

READE, J. The statute is so plain as to leave no room for construction.

The application for re-assessment and allotment of homestead must be before the sale of the excess by the Sheriff. Bat. Rev. ch. 55, § 20.

No error.

PER CURIAM.                                    Judgment affirmed.